FILED

JUN 0 4 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON SCOTT PERRIGO,<br><br>Defendant. | CR 15-120-BLG-SPW-2<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release scheduled for Thursday, July 26, 2018 at 10:30 a.m. is **VACATED** and reset to commence on **Thursday, August 2, 2018 at 1:30 p.m.**

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 4th day of June, 2018.

SUSAN P. WATTERS
United States District Judge

1