IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFERSON SCOTT PERRIGO,<br><br>Defendant. | CR 15-120-BLG-SPW-2<br><br>ORDER |

Upon the Defendant's Motion to Continue Revocation Hearing (Doc. 99), and good cause being shown,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release scheduled for Tuesday, September 18, 2018 at 10:30 a.m., is **VACATED** and will be reset at the date and time set for sentencing in Case CR-18-26-BLG-SPW.

The Clerk shall forthwith notify counsel and the U.S. Marshal Service of the making of this Order.

DATED this 13th day of September, 2018.

SUSAN P. WATTERS
United States District Judge

1